NIEWENHOUS COMPANY, INC., Appellant, *v.* THE STATE OF NEW YORK, Respondent.

(Claim No. 21911.)

(Argued June 4, 1936; decided July 8, 1936.)

*Horace B. Casey* for appellant.

*John J. Bennett, Jr., Attorney-General (Leon M. Layden* and *Henry Epstein* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, O'BRIEN, CROUCH, LOUGHRAN and FINCH, JJ. Dissenting: CRANE, Ch. J., and HUBBS, J.